EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Roberto José Maldonado Rivera | 2001 TSPR 51 |

Número del Caso: TS-2923


Fecha: 6/abril/2001


Oficina del Procurador General:

                              Lcda. Edna Evelyn Rodríguez
                              Procuradora General Auxiliar


Abogados de la Parte Querellada:

                              Lcdo. Luis F. Camacho
                              Lcdo. Julio Eduardo Torres


Materia: Solicitud de Reinstalación



    Este documento constituye un documento oficial del Tribunal Supremo que está
    sujeto a los cambios y correcciones del proceso de compilación y publicación
    oficial de las decisiones del Tribunal. Su distribución electrónica se hace
    como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


                              TS-2923

Roberto José Maldonado Rivera




                          RESOLUCION


San Juan, Puerto Rico, a 6 de abril de 2001

        Visto el Informe de la Comisión de Reputación presentado el 5 de marzo de 2001, se autoriza la reinstalación a la abogacía del licenciado Roberto José Maldonado Rivera.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López, la Jueza Asociada señora Naveira de Rodón y el Juez Asociado señor Corrada del Río no intervinieron.



                     Isabel Llompart Zeno
                 Secretaria del Tribunal Supremo